# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 8, 2023

## NO. 03-22-00086-CV

**Jonathan Jones, Appellant**

**v.**

**Laury Carson, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND JONES
## AFFIRMED -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on November 24, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.